**IN THE LOUDOUN COUNTY GENERAL DISTRICT COURT**
**SMALL CLAIMS DIVISION**

MARK W. ROHRBAUGH                         *
39946 Peacock Circle
Paeonian Springs, Virginia 20129          *

      Plaintiff,                       *

v.                                        *    Case No. GV15001665-00

CIGNA HEALTH AND LIFE                     *
INSURANCE COMPANY
900 Cottage Grove Road                    *
Bloomfield, Connecticut 06002
                                   *

      Defendant.
\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**NOTICE OF FILING OF A NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION**

Dear Clerk:

Please take notice that, on May 13, 2015, Defendant, Cigna Health and Life Insurance Company ("Cigna") filed a notice of removal in the Alexandria Division of the United States District Court for the Eastern District of Virginia. Copies of the Notice of Removal and Notice to Plaintiff of Filing of a Notice of Removal are submitted herewith. This filing affects removal to the United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. §§ 1331, 1441(a), 1446(b) & (d) and 29 U.S.C. § 1132.



Respectfully submitted,

/s/ Michael E. McCabe, Jr.
Michael E. McCabe, Jr. (VSB No. 77936)

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
(410) 659-7700 (telephone)
(410) 659-7773 (facsimile)
mmccabe@fblaw.com

*Attorney for Defendant,*
*Cigna Health and Life Insurance Company*

Dated: May 13, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of May, 2015, copies of the foregoing Notice of Filing of a Notice of Removal to the United States District Court for the Eastern District of Virginia, Alexandria Division, was mailed, first class, postage prepaid, to:

> Mark W. Rohrbaugh
> 39946 Peacock Circle
> Paeonian Springs, Virginia 20129
>
> *Plaintiff*

_____
Michael E. McCabe, Jr.

30103.062: 174845